METLEN, RESPONDENT, v. SHANNON, COUNTY TREAS-
URER, APPELLANT.

[Submitted April 6, 1897.  Decided April 26, 1897.]

*Appeal from District Court, Beaverhead County.  Frank
Showers, Judge.*

ACTION by D. E. Metlen against J. G. Shannon, treasurer
of Beaverhead county, to recover taxes paid.  Judgment for
plaintiff and defendant appeals.  Reversed.

*C. B. Nolan, E. J. Conger, Smith & Word* and *W. S.
Barbour,* for Appellant.

PER CURIAM.—The appeal in this case presents substantially
the identical questions involved in *Barrett* v. *Shannon, ante,*
48 Pac. 746.  On the authority of that case the judgment in
this action is reversed and cause remanded, with directions to
sustain the defendant's demurrer to plaintiff's complaint.

*Reversed.*